ARMARK CONSTRUCTION CO., INC., Respondent v. R. D. MACINTYRE et al., Doing Business as R. D. MACINTYRE CO., Appellants.—Motion granted and appeal dismissed, without costs.

LOUIS SOLOMON et al., Doing Business as NATIONAL SALES CO., Respondents, v. IRVING PHETERSON, Appellant.—Motion granted and appeal dismissed, with $10 motion costs.

MICHAEL DUMA, Respondent, v. ROCHESTER MOTORS CORPORATION, Appellant.—Motion granted and appeal dismissed, without costs.

In the Matter of WILLIAM W. KEHRLI, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.—Motion granted and appeal dismissed, without costs.

EUGENE LAUGHLIN, Appellant, v. SARAH L. DADDA, Respondent.—Motion granted and appeal dismissed, with $10 motion costs.

RICHARD L. HALL, Appellant, et al., Plaintiff, v. RICHARD L. HALL et al., Respondents.—Motion granted and appeal dismissed, with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD C. COLLINGE, Appellant.—Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED PERRY, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—Motion to appeal on original record, typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

In the Matter of JOSEPH P. FETZNER, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.—Motion granted and stay continued pending hearing and determination of appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM C. MATTHEWS, Appellant.—Motion to appeal on original papers and printed briefs denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LEWIS, Appellant.—Motion to appeal on original record and for other relief denied on the ground that the papers failed to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH S. JIMENEZ, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—Motion to appeal on original papers and typewritten briefs denied on the ground that the papers failed to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRYAN, Appellant.—Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeals (writs brought Jan. 28, 1957 and Jan. 30, 1957); — Motion granted to dismiss appeals from orders denying writs brought January 30, 1957 and February 14, 1957.

COLONIAL SUPER MARKETS, INC., Plaintiff, v. WILLIAM LISS, Individually, et al., Defendants. (And 4 Other Actions.) — Application for a stay denied upon condition that the parties proceed to a trial of the issues raised by the complaints and any answers or supplemental pleadings that may be served which trial is set to commence at the Special Term of the Supreme Court held in Erie County on Monday, July 15, 1957, and upon the further condition that if the trial is not concluded and the issues decided on or before July 29, 1957, the application for a stay is granted, with leave to the plaintiffs to apply to Special Term for an order directing the appellants to furnish security for any damages that may be incurred as the result of the stay. (Order entered July 11, 1957.)